## 6494.　WITHERINGTON v. WARE.

RUSSELL, C. J. The plaintiff's petition alleged that the defendant was indebted to him in the sum of thirty-five dollars, besides interest, on a note. The note was fully described in the petition, and it was further alleged: "Said note is now lost. A copy of which is hereto attached, as near as possible." There was no demurrer at the appearance term, and the execution of a substantially similar note was admitted in one of the paragraphs of the answer. *Held:* Though the petition might have been subject to a timely demurrer, still the action could not properly be dismissed on oral motion, and the court erred in so dismissing it. Civil Code, § 5318; *Continental Fertilizer Co.* v. *Pass,* 7 *Ga. App.* 721 (67 S. E. 1052); *Duval* v. *Barron,* 14 *Ga. App.* 304 (80 S. E. 701).

28

"A suit upon a lost note is as effectual as a suit upon an established copy;" and since "the substance of the writing which is the foundation of the action" was set forth, it was not necessary, in the absence of a timely special demurrer, to attach a copy of the writing itself. *Social Benevolent Society* v. *Holmes*, 127 *Ga.* 586, 592 (56 S. E. 775); *Gonackey* v. *General Accident Assurance Corporation*, 6 *Ga. App.* 381, 384, 385 (65 S. E. 53). Cf. *Lynah* v. *Citizens & Southern Bank*, 136 *Ga.* 344 (71 S. E. 469).                    *Judgment reversed.*

DECIDED JANUARY 6, 1916.

Complaint; from city court of Dublin—Judge Hicks. March 12, 1915.

*S. P. New,* for plaintiff in error.

*Hal B. Wimberly,* contra.